Form 210A (12/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

In Re   ENVARD MAYFIELD                             Case No. 11-12226-whd
        NANCY IRENE MAYFIELD,

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Ocwen Loan Servicing, LLC | GMAC Mortgage, LLC |
| Name of Transferee | Name of Alleged Transferor |

Name and Address where notices to transferee should be sent:
Ocwen Loan Servicing, LLC
1661 Worthington Road
Suite #100
West Palm Beach, FL 33409
Phone: 561-682-8000
Last Four Digits of Acct #: XXXXX8697

Court Claim # (if known): 20
Amount of Claim: $196861.17
Date Claim Filed: 11/2/2011

Phone:
Last Four Digits of Acct #: 8697

Name and Address where transferee payments should be sent (if different from above):
Ocwen Loan Servicing, LLC
P.O. Box 24781
Attn: Cashiering Department
West Palm Beach, FL 33416-4781
Phone:  561-682-8000
Last Four Digits of Acct #: XXXXX8697

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:____/s/ C. Brent Wardrop_____          Date:_____1/30/2015_____
        Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*